1014

No. 74–6373. CANNON *v.* DIRKER. C. A. 6th Cir. Certiorari denied.

No. 74–6374. RAY *v.* KANE, ATTORNEY GENERAL OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 74–6379. PORZUCZEK, GUARDIAN *v.* TOWNER ET AL. Sup. Ct. Cal. Certiorari denied.

No. 74–6385. BROCKMAN *v.* SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 74–6390. PATTERSON ET AL. *v.* AULT, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 74–6392. DONOVAN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 74–6393. THOMPSON *v.* McMANUS, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 74–6400. WHITE *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 74–6426. BRAGER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–6432. GREENE ET AL. *v.* CHANDLER, MAYOR OF MEMPHIS, ET AL. C. A. 6th Cir. Certiorari denied.

No. 74–6456. ALBERTSON *v.* MICHIGAN. Cir. Ct., Berrien County, Mich. Certiorari denied.

No. 73–839. OHIO *v.* UNITED STATES. Temp. Emerg. Ct. App. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.